UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CONTINENTAL CASUALTY COMPANY,

          Plaintiff,

v.

THE PORT OF BELLINGHAM, et al.,

          Defendants.

C14-767 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties having settled the issue of plaintiff's duty to defend, *see* Stipulated Motion at 2 (docket no. 25), which was one of the matters presented in plaintiff's pending motion for summary judgment, docket no. 11, and this case having been stayed prior to transfer to the Honorable Thomas S. Zilly, United States District Judge, as related to Case No. C12-946 TSZ, *see* Order (docket no. 26), plaintiff's motion for summary judgment, docket no. 11, is hereby STRICKEN as partially moot, without prejudice to refiling concerning the issue of indemnity or other matters not rendered moot by the parties' settlement.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 28th day of October, 2014.

                              William M. McCool
                              Clerk

                              s/Claudia Hawney
                              Deputy Clerk

MINUTE ORDER - 1